## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CHARITY COLLEEN CROUSE,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:20-CV-0113-N-BH** |
| | ) | |
| **RENEE HARRIS TOLLIVER, et al.,** | ) | |
| **Defendants.** | ) | **Referred to U.S. Magistrate Judge[1]** |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, all of the plaintiff's claims will be **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

SIGNED this 5th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] By *Special Order No. 3-251*, this pro se case has been automatically referred for full case management.